IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00494–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALAN JACKSON,

    Defendant.

# ORDER

This matter comes before the court on the motion of Defendant Alan Jackson, Jr., for a reduction of his sentence under 18 U.S.C. § 3582(c)(2). He recites that the Government does not oppose the motion, a circumstance which finds corroboration in the Government's omission of any response.

The court, having reviewed the file and the motion finds and concludes as follows:

1. Defendant was convicted of, *inter alia*, possessing more than 50 grams of crack cocaine with intent to distribute it. His total offense level was 33, and his criminal history category was III, where the advisory guideline range is 168 months to 210 months. The court imposed a sentence of 168 months.

2. Defendant is eligible for a sentence reduction. He is serving a term of imprisonment. The applicable guidelines range has been lowered as a result of a

retroactive amendment to the guidelines, Amendment 706. Under the amendment, Defendant's new total offense level is 33, and his criminal history category remains III, where the advisory guideline range is 135 to 168 months.

3. Consistent with the reasoning and parameters of his original sentence, he asks for a sentence of 135 months. The Government does not oppose the request.

4. The court has considered the factors set forth in 18 U.S.C. 3553(a).

5. For the reasons set forth herein, it is

**ORDERED** as follows:

6. Defendant's sentence is reduced from 168 months to 135 months.

7. The U.S. Probation Department will prepare an amended judgment reflecting this reduction.

Dated this 9th day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge