**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 06-cr-00494-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ALAN JACKSON,

    Defendant.

---

## FINAL ORDER OF FORFEITURE AND JUDGMENT

---

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Judgment (Doc. # 42). The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853;

THAT a Preliminary Order of Forfeiture was entered on April 20, 2007;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED:

THAT judgment of forfeiture of $17,874.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED: November 21, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge